UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:13-cv-2158-MCE-EFB |
|---|---|
| Plaintiffs, | |
| v. | ORDER |
| ROBERT HUCKABY, individually and in his capacity as the Trustee of Texas Tea Trust; GREGORY L. HUNT; and ACTION CONSTRUCTION CO., | |
| Defendants. | |

Pursuant to the court's June 18, 2014 order, ECF No. 16, the parties have submitted briefing on the United States' reasonable expenses incurred in making its motion to compel.

/////
/////
/////
/////
/////
/////
/////

1

1  Having considered the declaration of Richard Schwartz, ECF No. 17, defendants'
2 objections to Mr. Schwartz's declaration, ECF No. 18, and plaintiff's reply, ECF No. 20, the
3 court hereby ORDERS that within fourteen days of this order, Robert Huckaby shall reimburse
4 the United States for the reasonable expenses incurred in making its motion to compel, ECF No.
5 8, in the amount of $2,632.53.[1]

6 DATED: July 23, 2014.

                    EDMUND F. BRENNAN
                    UNITED STATES MAGISTRATE JUDGE

---

[1] This sum is based on $1,903.30 for attorneys' fees and $729.23 for the costs incurred by plaintiff's counsel to attend the June 18, 2014 hearing. In his declaration, Mr. Schwartz states that the expenses for attending the hearing totaled $824.09, and that Exhibit 1 to his declaration contains "receipts evidencing the costs associate with attending the June 18, 2014 hearing." ECF No. 17 ¶ 6. However, the receipts contained in Exhibit 1 only show that Mr. Schwartz incurred $729.23 in expenses, and he fails to account for the addition $94.86. ECF No. 17-1. Accordingly, the court finds that plaintiff is only entitled to $729.23 for the cost of attending the hearing, plus attorneys' fees.