CAROLINE D. CIRAOLO
Acting Assistant Attorney General

NITHYA SENRA (#291803)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6570
Facsimile: (202) 307-0054
Email: Nithya.Senra@usdoj.gov
       Western.Taxcivil@usdoj.gov
*Attorneys for the United States of America*

BENJAMIN B. WAGNER
United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
*Of Counsel*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROBERT HUCKABY, individually and in his ) <br> capacity as the Trustee of Texas Tea Trust; ) <br> GREGORY L. HUNT; and ACTION ) <br> CONSTRUCTION CO., ) <br> ) <br> Defendants. ) <br> ) | Case No. 2:13-cv-02158-MCE-EFB <br><br> **ORDER GRANTING JOINT APPLICATION TO EXTEND DISPOSITIVE MOTIONS DEADLINE** |

Before the Court is the parties' Joint Application to Extend Dispositive Motions Deadline. For the good cause shown therein, it is hereby ORDERED:

1. That the Joint Application to Extend Dispositive Motions Deadline is hereby granted, and

1

2. That the deadline to hear dispositive motions in the above-captioned case is hereby extended by 7 days until July 23, 2015.

IT IS SO ORDERED.

Dated:  May 26, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on this 19th day of May, 2015, I electronically filed the foregoing **[PROPOSED] ORDER GRANTING APPLICATION TO EXTEND DISPOSITOVE MOTIONS DEADLINE** with the Clerk of Court using the CM/ECF system, which will send email notification of such filing to the following:

Robert Huckaby              bobhuckaby@aol.com

*Defendant, Pro se; Attorney for Defendants*

/s/ Nithya Senra
NITHYA SENRA
Trial Attorney, Tax Division
U.S. Department of Justice