DAVID A. HUBBERT
Acting Assistant Attorney General

NITHYA SENRA, CA SBN 291803
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6570
Facsimile: (202) 307-0054
Email: Nithya.Senra@usdoj.gov
       Western.Taxcivil@usdoj.gov
*Attorneys for the United States of America*

PHILLIP A. TALBERT
Acting United States Attorney
*Of Counsel*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT HUCKABY, individually and in his capacity as the Trustee of Texas Tea Trust; GREGORY L. HUNT; and ACTION CONSTRUCTION CO.,<br><br>    Defendants. | Case No. 2:13-cv-02158-MCE-EFB<br><br>ORDER GRANTING UNITED STATES' MOTION FOR ENTRY OF FINAL JUDGMENT AND FOR DISMISSAL OF OUTSTANDING CLAIMS<br><br>Date: November 2, 2017<br>Time: 2:00 pm<br>Place: Courtroom 7<br>Judge: Hon. Morrison C. England, Jr. |

///

///

///

///

1

Before the Court is the United States' Motion for Entry of Final Judgment and for Dismissal of Outstanding Claims (ECF No. 42). The court, having reviewed the pleadings on file herein and being fully apprised of the circumstances, and for good cause shown therein, hereby GRANTS said motion.[1] Accordingly it is hereby ORDERED that:

(A) Pursuant to Fed. R. Civ. P. 41(a)(2) any outstanding claims against Defendant Gregory Hunt regarding the United States' Third Claim for Relief (Setting Aside Fraudulent Transfers) as set forth in the Court's order dated March 30, 2016 are hereby DISMISSED; and

(B) the Court directs the Clerk of Court to enter final judgment in favor of the United States and (1) against Defendant Robert Huckaby in the amount of $ 35,719.36 plus statutory interest and other additions running from June 15, 2015, for his failure to honor IRS levies pursuant to 26 U.S.C. § 6332(d)(1); (2) against Defendant Robert Huckaby in the additional amount of $17,859.68, including statutory interest and other additions running from June 15, 2015, for failure to honor said levy without reasonable cause pursuant to 26 U.S.C. § 6332(d)(2); (3) against Defendant Robert Huckaby in the amount of $ 35,719.36 plus statutory interest and other additions running from June 15, 2015, for fraudulently transferring assets belonging to Defendant Action pursuant to California Civil Code § 3439.04 as alleged in the Third Claim for Relief; and (4) against Defendant Robert Huckaby and Defendant Gregory Hunt for tortious conversion of assets belonging to Defendant Action Construction Co. in the amount of $ 35,719.36 plus statutory interest and other additions running from June 15, 2015, as alleged in the Fourth Claim for Relief.

---

[1] In the absence of any opposition, and good cause appearing, the Court determined that oral argument was not of material assistance and ordered this matter submitted on the briefs in accordance with Local Rule 230(g).

The Clerk of Court is hereby directed to enter an Amended Judgment in accordance with this Order that supersedes the original Judgment filed in this matter on March 30, 2016.

IT IS SO ORDERED.

Dated: March 29, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE